```
            UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF PENNSYLVANIA
              10613 U.S. COURTHOUSE
              INDEPENDENCE MALL WEST
                 601 MARKET STREET
             PHILADELPHIA, PA 19106-1797
```

October 9, 2015

Copy emailed to:
Cary L. Flitter, Esq.

        RE: Butler v. Portfolio Recovery Assoc., LLC
        Civil Action No. 15-4408

Dear Counsel:

    A review of the Court's records shows that a pleading has not been filed in the above captioned action in response to the complaint.

    If such a pleading is not filed by the above named defendants on or before October 15, 2015 you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

    If the Request for Default is not filed by October 19, 2015 the Court will enter an order dismissing the case against the above named defendant for lack of prosecution.

                                      Very truly yours,
                                      S/Eileen Adler
                                      Eileen Adler
                                      Deputy Clerk to Judge Dalzell

**\*\*ALL EXTENSIONS OF TIME TO ANSWER COMPLAINT MUST HAVE PRIOR COURT APPROVAL.**

Civ 21 (10/82)