IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA BUTLER ,         Plaintiff, <br><br> vs. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, <br>         Defendant. | CIVIL ACTION <br><br> NO. 15-4408 |

## NOTICE OF DISMISSAL

TO THE CLERK OF COURT:

    Kindly dismiss the above matter pursuant to Local Rule 41.1(b).


DATED:  October 15, 2015             */s/  Andrew M. Milz*
                                            ANDREW M. MILZ
                                            Attorney for Plaintiff

                                            **FLITTER LORENZ, P.C.**
                                            450 N. Narberth Avenue, Suite 101
                                            Narberth, PA  19072
                                            (610) 822-0782